**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD HOWARD WILEY, | Case No. 2:24-cv-05353-JLS-BFM |
| Plaintiff, | **JUDGMENT IN FAVOR OF DEFENDANT CEDARS-SINAI MEDICAL CENTER** |
| v. | |
| CEDAR'S SINAI MEDICAL CENTER, | |
| Defendant. | |

On October 16, 2024, the Court granted Defendant Cedars-Sinai Medical Center's unopposed Motion to Dismiss and dismissed this action with prejudice.[1] (Order, Doc. 23.) Accordingly, IT IS HEREBY ORDERED that judgment is entered in favor of Cedars-Sinai Medical Center and against Plaintiff Edward Howard Wiley. Cedars-Sinai Medical Center is the prevailing party for the purposes of any application to tax costs.

Dated: October 23, 2024

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

---

[1] As noted in the Court's prior order, Plaintiff's complaint erroneously names Defendant as "Cedar's Sinai Medical Center." (Compl., Doc. 1.)

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28